PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

•CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

December 26, 2019

**Via ECF Only**
Honorable Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: United States v. Malcolm Salamanca
      Docket No.: 2:19-cr-00557

Dear Judge Salas:

  I represent Malcolm Salamanca in the above-referenced matter. Mr. Salamanca was sentenced by Your Honor on December 2, 2019 and he is scheduled to begin his federal prison sentence on January 15, 2020.

  I am writing to respectfully request that Your Honor delay Mr. Salamanca's surrender date to February 17, 2020 for the following reasons. Mr. Salamanca recently underwent an eye examination with Dr. John Barbato on December 19, 2019. The examination revealed that Mr. Salamanca has Advanced Keratoconus in both eyes and that he will require treatment by a corneal specialist. Please find attached a letter received by my office today from Dr. Barbato. Mr. Salamanca has made an appointment with a corneal specialist on January 6, 2020 and we should know shortly thereafter the course of treatment which hopefully can be addressed in the next 30 days.

  It is important that Mr. Salamanca has access to care from the corneal specialist prior to beginning his five year sentence.

  Please advise if this request is acceptable to Your Honor. Thank you.

            Respectfully submitted,

            Paul B. Brickfield

1

enc.

cc:    Assistant U.S. Attorney Melissa Wangenheim (via ECF and electronic mail w/ enc.)
       U.S. Probation Officer Daniel Carney (via electronic mail only w/ enc.)
       Pretrial Services Officer Jennifer Powers (via electronic mail only w/ enc.)

# **Freed Vision Center**

Nathan Freed, O.D., P.A.
Randi Freed, O.D., M.S.
John Barbato, O.D.
1301 Paterson Plank Rd.
Secaucus, NJ 07097
(201) 864-2965

12/29/2019

Paul Brickfield, esq
70 Grand Avenue, Suite 100
River Edge, NJ 07661

Re: Salamanca, Malcolm
DOB: 4/1/1990

Dear Mr. Brickfield,

I saw Malcolm on 12/19/2019 for an eye exam. His chief complaint was blurred vision at distance. Examination revealed he has Advanced Keratoconus in both eyes. I recommended he be seen by a corneal specialist for further evaluation and management. Time is of the essence in this case to prevent further progression of the disease. His treatment plan may include procedures that require him to return to the specialist several times over the next six months. He is scheduled with The Cornea & Laser Eye Institute, 300 Frank W Burr Blvd, Teaneck, NJ 07666 on January 6th.

Sincerely,

John D. Barbato, OD